Application granted.

SO ORDERED.

*Cathy Seibel*   5/3/24

CATHY SEIBEL, U.S.D.J.

# *Law Offices of*
# *Daniel A. Hochheiser*

ATTORNEY AT LAW

2 Overhill Road, Suite 400

Scarsdale, New York 10583

dah@hochheiser.com

(646) 863-4246

May 3, 2024

**Via ECF and Email**

Hon. Cathy Seibel

The Hon. Charles L. Brieant Jr.

Federal Building and United States Courthouse

300 Quarropas St.

White Plains, NY 10601-4150

Re:      *USA v. Rafael Grullon*, 24 CR 187 (CS)
         Application by Appointed Counsel for Permission to File Interim Vouchers

Your Honor:

I was appointed, pursuant to the Criminal Justice Act, as counsel to Rafael Grullon on August 12, 2022. I continue to represent Grullon, as appointed counsel, pending sentence.

Please endorse this letter motion to permit me to file interim vouchers on the eVoucher system.

Respectfully submitted,

*Daniel Hochheiser*

Daniel A. Hochheiser