UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA

         - v. -

RAFAEL GRULLON,

         Defendant.

:
:
:   CONSENT ORDER OF
:   RESTITUTION
:
:   24 Cr. 187 (CS)
:
:

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Upon the application of the United States of America, by its attorney, Damian Williams, United States Attorney for the Southern District of New York, Kevin Sullivan, Assistant United States Attorney, of counsel; the presentence investigation report; the defendant's conviction on Counts One of the Information; and all other proceedings in this case, it is hereby ORDERED that:

## 1. **Amount of Restitution**

RAFAEL GRULLON (the "defendant") shall pay restitution in the total amount of $21,200, pursuant to 18 U.S.C. § 3663A, to the victim of the offense charged in Count One. The name, address, and specific amounts owed to the victims are set forth in the Schedule of Victims, attached hereto as Schedule A. Upon advice by the United States Attorney's Office of a change of address of a victim, the Clerk of Court is authorized to send payments to the new address without further order of this Court.

### A. **Joint and Several Liability**

Restitution is joint and several with any amount ordered for defendants Yohauris Rodriguez Hernandez and Henry Fermin, Jr. in *United States v. Rodriguez Hernandez, et al.*, 22 Cr. 119 (PMH) (S.D.N.Y.), and Aldo Palomino, Jr. in *United States v. Palomino, Jr.*, 22 Mag. 6662 (S.D.N.Y.) (Cr. number forthcoming), up to $21,200. The defendant's liability to pay

restitution shall continue unabated until either the defendant has paid the full amount of restitution ordered herein, or the victims in Schedule A have recovered the total amount of loss from the restitution paid by the defendant and all other defendants ordered to pay the same victims.

**B.    Apportionment Among Victims**

Pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.  Restitution shall be paid to the victims identified in the Schedule of Victims, attached hereto as Schedule A, on a pro rata basis, whereby each payment shall be distributed proportionally to each victim based upon the amount of loss for each victim, as set forth more fully in Schedule A.

**2.    <u>Schedule of Payments</u>**

Pursuant to 18 U.S.C. § 3664(f)(2), in consideration of the financial resources and other assets of the defendant, including whether any of these assets are jointly controlled; projected earnings and other income of the defendant; and any financial obligations of the defendant; including obligations to dependents, the defendant shall pay restitution in the manner and according to the schedule that follows:

In the interest of justice, restitution will be payable in installments pursuant to 18 U.S.C. § 3572(d)(1) and (2).  Beginning 30 days after his release from prison, if a term of imprisonment is imposed, or upon the start of serving any non-incarceratory sentence, the defendant will commence monthly installment payments of at least ~~five~~ ten percent of the defendant's gross income, payable on the 15th of each month. Starting August 2024.

This schedule is without prejudice to the Government taking enforcement actions, pursuant to 18 U.S.C. § 3613, to the extent warranted.

3.    **Payment Instructions**

The defendant shall make restitution payments by certified check, money order, or online. Instructions for online criminal debt payments are available on the Clerk of Court's website at https://nysd.uscourts.gov/payment-information#PaymentofCriminalDebt.    Checks and money orders shall be made payable to the "SDNY Clerk of Court" and mailed or delivered to: United States Courthouse, 500 Pearl Street, New York, New York 10007 - Attention: Cashier, as required by 18 U.S.C. § 3611. The defendant shall write his/her name and the docket number of this case on each check or money order.

4.    **Change in Circumstances**

The defendant shall notify, within 30 days, the Clerk of Court, the United States Probation Office (during any period of probation or supervised release), and the United States Attorney's Office, 86 Chambers Street, 3rd Floor, New York, New York 10007 (Attn: Financial Litigation Program) of (1) any change of the defendant's name, residence, or mailing address or (2) any material change in the defendant's financial resources that affects the defendant's ability to pay restitution in accordance with 18 U.S.C. § 3664(k).

5.    **Term of Liability**

The defendant's liability to pay restitution shall terminate on the date that is the later of 20 years from the entry of judgment or 20 years after the defendant's release from imprisonment, as provided in 18 U.S.C. § 3613(b). Subject to the time limitations in the preceding sentence, in the event of the death of the defendant, the defendant's estate will be held responsible for any unpaid balance of the restitution amount, and any lien filed pursuant to 18 U.S.C. § 3613(c) shall continue until the estate receives a written release of that liability.

(continued on next page)

2023.2.16

AGREED AND CONSENTED TO:

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York

By: _____     4/3/2024
KEVIN SULLIVAN                              DATE
Assistant United States Attorney
One St. Andrew's Plaza
New York, NY 10007
(212) 637-1587

RAFAEL GRULLON

By: _____     4/3/2024
RAFAEL GRULLON                             DATE
*Defendant*

By: _____     4/3/2024
DANIEL A. HOCHHEISER, ESQ.                 DATE
2 Overhill Road, Suite 400
Scarsdale, New York, 10583
*Attorney for the Defendant*

SO ORDERED:

_____         7/15/24
HONORABLE CATHY SEIBEL                      DATE
UNITED STATES DISTRICT JUDGE

2023.2.16                          4